IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| OSCAR BROWNFIELD,<br><br>                                   Plaintiff,<br><br>v.<br><br>CHEROKEE COUNTY SCHOOL DISTRICT NO. 35, LEON ASHLOCK, MAT CLOUD, DEANN MASHBURN,<br><br>                                   Defendant. | Case No. 21-CV-312-JFH-GLJ |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Gerald L. Jackson. Dkt. No. 125. Construing Plaintiff's Motion for Default Judgment Against Mat Cloud and Tahlequah Public Schools [Dkt. No. 118] as a Motion for Sanctions related to discovery [Dkt. 125], Magistrate Judge Jackson recommends that the motion filed by Plaintiff Oscar Brownfield [Dkt. No. 118] be DENIED. Dkt. No. 125.

Neither party objected to Magistrate Judge's Minute Order Report and Recommendation within the fourteen-day period prescribed by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b). Having reviewed the Report and Recommendation, the Court concurs with the Magistrate Judge's recommendation and accepts and adopts it as the order of this Court. On that basis, Plaintiff Oscar Brownfield's motion [Dkt. No. 118] is DENIED.

IT IS SO ORDERED this 24th day of April 2025.

                                                         JOHN F. HEIL, III
                                                         UNITED STATES DISTRICT JUDGE